1
2
3
4
5
6
7                         UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    LONNIE DONNELL PERKINS,                    No.  2:22-cv-2055 DAD KJN P

11                    Plaintiff,

12          v.                                   ORDER

13    F. HARTWICK,

14                    Defendant.

15

16          Plaintiff is a state prisoner proceeding pro se.  On March 7, 2024, the parties participated

17    in a settlement conference before the undersigned and settled the case.  ECF No. 26.

18    Dispositional documents were filed on March 14, 2024, and the case was closed.  ECF Nos. 27,

19    28.  Plaintiff has now filed a notice stating that it has been more than 180 days, and he has yet to

20    receive the agreed upon settlement funds.  ECF No. 29.  He requests assistance in finding out

21    when the funds will be received.  Id.  Plaintiff's request will be granted.  Within fourteen days of

22    the filing of this order, defendant shall file a status report regarding the payment of plaintiff's

23    settlement funds.  If payment has not yet been made, the report should include an estimated

24    payment date.

25          **IT IS SO ORDERED.**

26    DATED: November 15, 2024

27                                               _____

28                                               ALLISON CLAIRE
                                                 UNITED STATES MAGISTRATE JUDGE