1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LONNIE DONNELL PERKINS,                      No.  2:22-cv-2055 DAD CSK P

12                    Plaintiff,

13         v.                                       ORDER TO SHOW CAUSE

14    F. HARTWICK,

15                    Defendant.

16

17         Plaintiff is a state prisoner proceeding pro se.  On November 15, 2024, defendant was

18    ordered to provide a status report regarding the payment of plaintiff's settlement funds, including

19    an estimated payment date if payment had not yet been made.  ECF No. 31.  Defendant reported

20    that a replacement check needed to be issued, though he did not have an estimated payment date

21    at that time.  ECF No. 33.  Defendant was then ordered to provide a further status report regarding

22    payment by December 20, 2024.  ECF No. 34.  He has yet to file a supplemental report.

23         Accordingly, IT IS HEREBY ORDERED that within ten days of the service of this order,

24    defendant shall show cause why he should not be sanctioned for failing to comply with a court

25    order.  Filing of a status report will automatically discharge the order to show cause.

26    DATED: January 2, 2025

27                                                  _____
                                                    ALLISON CLAIRE
28                                                  UNITED STATES MAGISTRATE JUDGE